## VAN REYPEN ASSOCS. v. TEETER

[361 N.C. 107 (2006)]

VAN REYPEN ASSOCIATES, INC. d/b/a THE GIN MILL v. GERALD EUGENE TEETER, AND GORDEN LEWIS d/b/a GORDEN'S EXCAVATING SERVICE

No. 84PA06

(Filed 15 December 2006)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 175 N.C. App. 535, 624 S.E.2d 401 (2006), affirming an order entered 29 April 2004 by Judge David S. Cayer and an order entered 4 August 2004 by Judge Robert C. Ervin, both in Superior Court, Mecklenburg County. Heard in the Supreme Court 20 November 2006.

*James, McElroy & Diehl, P.A., by Charles M. Viser, Preston O. Odom, III, and Fred P. Parker, IV, for plaintiff-appellant.*

*Stiles Byrum & Horne, L.L.P., by Lane Matthews, for defendant-appellees.*

*The Avery, P.C., by Isaac T. Avery, III, for North Carolina Association of Police Attorneys, and Kimberly N. Overton for North Carolina Conference of District Attorneys, amici curiae.*

*Christopher G. Browning, Jr., Solicitor General; John F. Maddrey, Assistant Solicitor General; and Robert C. Montgomery and Hal F. Askins, Special Deputy Attorneys General, for Roy Cooper, Attorney General, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.